## AMENDED AND RESTATED
## TEMPORARY EMPLOYMENT AGREEMENT BETWEEN
## NORTH FLORIDA BROADBAND AUTHORITY
## AND FAITH DOYLE FOR
## EXECUTIVE ASSISTANT SERVICES

THIS AMENDED AND RESTATED TEMPORARY EMPLOYMENT AGREEMENT (this "Amended Agreement"), is made and entered into this 8th day of February, 2012, by and between the North Florida Broadband Authority, an intergovernmental authority created by interlocal agreement pursuant to Section 163.01(7), Florida Statutes, hereinafter referred to as the "NFBA", and Faith Doyle, hereinafter referred to as the "Employee";

### WITNESSETH:

**WHEREAS,** the NFBA and Employee entered into that certain Temporary Employment Agreement dated November 23, 2011 (the "Initial Agreement") to employ the services of Faith Doyle as the Executive Assistant to the Interim General Manager for the North Florida Broadband Authority for a temporary period of ninety (90) days; and,

**WHEREAS,** NFBA and Employee now desire to extend said period of time to May 31, 2013, in accordance with the terms and conditions hereof and amend the Initial Agreement as provided in this Amended Agreement; and

**WHEREAS,** this Amended Agreement supersedes the Initial Agreement in its entirety and upon approval and full execution of this Amended Agreement by the parties, the Initial Agreement shall be made null, void and of no further effect.

00066196-2                       1                   EXHIBIT A

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree as follows:

1. The recitals are true and correct and by this reference incorporated herein and made a part hereof.

2. The NFBA hereby agrees to employ Faith Doyle as the Executive Assistant to the Interim General Manager for the NFBA to perform the functions and duties of an Executive Assistant, as specified herein, and to perform such other legally permissible and proper duties and functions as the NFBA Interim General Manager, Richelle Sucara, shall, from time-to-time, assign. The Employee shall commence her duties as an Executive Assistant on November 23, 2011.

3. The Employee shall report to the Interim General Manager. The Employee shall provide high level administrative support to the Interim General Manager and provide such other services in support of the NFBA's Middle-Mile Broadband Project, as more particularly described below. The Employee agrees that she will at all times loyally, fairly, and conscientiously perform all of the duties and obligations required of this Amended Agreement. Accordingly, the Employee shall, by way of enumeration and not by way of limitation, perform the following specific duties under the direction of the Interim General Manager:

   a. Administer and carry out the directives and policies of the Interim General Manager and assure that they are faithfully executed.

   b. Serve as the custodian of the NFBA's public records and process all public records requests in accordance with established policies and procedures.

c. Provide timely notice of all regular and special Board meetings to the NFBA Board of Directors and comply with all applicable public notice requirements.

d. Prepare and distribute an agenda to the NFBA Board for all Board meetings, including appropriate supporting documentation.

e. Maintain minutes and records of regular and special Board meetings.

f. Prepare reports, memorandum, letters, and other documents by transcribing, formatting, inputting, editing, retrieving, copying, and transmitting text, data, and graphics.

g. Attending to telecommunications, researching and routing correspondence, and documents, and managing information requests by the Interim General Manager and NFBA Board.

h. Photocopying, mailing, faxing, filing, arranging travel and logistics for the Interim General Manager, and other employees and visitors.

i. Supervising and directing subordinate clerical staff.

j. Other administrative duties as requested by the Interim General Manager.

4. All duties required hereunder shall be performed by the Employee personally, or through the assistance of such other NFBA employees and vendors as may be made available to Employee by the NFBA; provided, however, that nothing herein shall be deemed to absolve the Employee of personal responsibility for the duties set forth herein.

5. The Employee agrees that she will devote substantially all of her full working time to the performance of the duties required hereunder and the Employee agrees not to engage in any other employment. This provision shall not include occasional teaching, writing, or consulting during the Employee's time off nor shall it include services rendered in a volunteer capacity to civic, religious, educational, or not-for-profit organizations. Employee shall work at least forty (40) hours per week and all time must be documented on weekly time sheets submitted to the Interim General Manager.

6. This Amended Agreement takes effect as of November 23, 2011, and shall remain in effect through May 31, 2013, or until Employee is relieved of her responsibilities as Executive Assistant or until such time that the Employee's status is revised by the NFBA, whichever occurs first.

7. a. The NFBA agrees to pay the Employee for her services rendered as an Executive Assistant pursuant hereto at an annual base salary of Eighty Thousand dollars ($80,000), payable bi-weekly. The NFBA shall provide the Employee with a cell phone during the term of this Amended Agreement in order to conduct NFBA business. The NFBA shall also reimburse Employee for eligible travel expenses in accordance with the NFBA Travel Reimbursement Policy.

b. The Employee shall receive the following paid holidays if they fall within the term of this Amended Agreement: New Year's Day, Martin Luther King Day, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, the day after Thanksgiving and Christmas Day.

      c.    The NFBA does not currently have a leave, retirement or benefit program, but the NFBA agrees to consider the adoption and implementation of a leave, retirement, and benefit plan prior to May 31, 2013. Thereafter, Employee shall be eligible to receive benefits in accordance with the provisions of any such plan retroactively to November 23, 2011. Notwithstanding the provisions of any such plan as may be adopted, any leave allowed Employee during the term of this Amended Agreement must be approved in advance by the Interim General Manager.

      d.    The NFBA shall pay for 100% of Employee's COBRA health insurance premium during the term of this Amended Agreement.

8.    The NFBA shall provide at its expense, through its commercial insurance, comprehensive liability insurance, including professional liability insurance, covering the acts or omissions of the Employee carried out in the performance of Employee's duties in accordance with this Amended Agreement.

9.    To the extent permitted by law, the NFBA shall defend, save harmless and indemnify the Employee against any loss, liability, tort, professional liability claim or demand or other legal action whether groundless or otherwise (including court costs and reasonable attorneys fees) arising out of an alleged act or omission occurring in the performance of the Employee's duties as Executive Assistant except that NFBA shall not be responsible for any act of Employee by virtue of acting outside the scope of her employment, or acting in bad faith, with malicious purpose, or in a manner exhibiting wanton and willful disregard of human rights, safety, or property.

10.    The Employee may be terminated at will at any time during the term of this Amended Agreement by the NFBA Interim General Manager. In the event the

Employee voluntarily resigns her position with the NFBA, the Employee shall give the Interim General Manager thirty (30) days advance written notice, unless the parties otherwise agree.

11. The Employee shall be required to work out of the NFBA's home office, located at 164 NW Madison Street, Lake City, Florida; however, at the discretion of the Interim General Manager, the Employee may be allowed to telecommute from Employee's home. In the event the NFBA adopts a Relocation and Moving Expense Policy, the Employee will be reimbursed for such expenses in accordance with such policy.

12. The provisions of this Amended Agreement shall constitute the entire agreement between the parties and supersedes in its entirety the Initial Agreement.

13. The duties required to be performed by the Employee hereunder, and all rights and obligations under this Amended Agreement in favor of the Employee, are personal and shall not be assignable.

14. If any provision or any portion thereof contained in this Amended Agreement is held to be unconstitutional, invalid, or unenforceable, the remainder of this Amended Agreement or portion thereof shall be deemed severable, shall not be affected, and shall remain in full force and effect.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

15. This Amended Agreement shall not be amended or extended except in writing executed by both parties hereto.

IN WITNESS WHEREOF, the parties have caused this Amended Agreement to be executed for the uses and purposes therein expressed on the day and year first above-written.

ATTEST

**NORTH FLORIDA BROADBAND AUTHORITY**

By: _____
Tommy Langford, Chairman

Interim General Manager

_____

Approved as to Form by:

_____
Brenna M. Durden, General Counsel

**EMPLOYEE**

By _____
Faith Doyle

_____

_____

Witnesses as to Ms. Doyle

00066196-2                    7