**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FAITH DOYLE,

    Plaintiff,

vs.                                                  Case No. 3:13-cv-96-J-12TEM

NORTH FLORIDA BROADBAND
AUTHORITY, TOMMY LANGFORD,
individually, and RICHELLE SUCARA,
individually,

    Defendants.
_____

**ORDER**

The cause is before the Court on "Defendant [sic] Langford and Sucara's Motion to Dismiss Count I in Their Individual Capacities, Defendants' Motion to Dismiss Counts II and III, and Defendants Langford and Sucara's Motion for Qualified Immunity ..." (Motion to Dismiss, Doc. 14), filed by all three Defendants, and Plaintiff's response in opposition (Response, Doc. 16). Defendants seek dismissal of various counts of Plaintiff's Complaint and Demand for Jury Trial (Doc.1) pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim upon which relief can be granted. On August 19, 2013, the Court conducted a hearing on the Motion to Dismiss, and for the reasons stated on the record at the hearing, the Court will grant in part and deny in part Defendants' Motion to Dismiss.[1]

---

[1] Defendant North Florida Broadband Authority does not seek dismissal of the Fair Labor Standards Act claim.

Accordingly, it is hereby

**ORDERED:**

1. The Motion to Dismiss (Doc. 4) is granted in part and denied in part as follows:

    a) it is denied as to Plaintiff's Fair Labor Standards Act claim (Count I) against Defendants Langford and Sucara;

    b) it is granted as to Plaintiff's due process claim (Count II) as to all Defendants without prejudice and with leave to amend;[2] and

    c) it is granted as to Plaintiff's breach of contract claim (Count III) as to all Defendants without prejudice and with leave to amend.

2. The parties shall have until **November 22, 2013**, to conduct discovery.

3. Plaintiff's amended complaint is due **December 17, 2013**.

4. Defendants' answer or motion directed to the amended complaint is due **January 10, 2014**.

5. Plaintiff's response to any motion to dismiss is due **January 28, 2014**.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of August, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

Copies to:   Counsel of Record

---

[2] Because the Court dismisses these claims as to all Defendants, it is unnecessary to address the qualified immunity claims of Defendants Langford and Sucara.